JERSEY PUBLISHING COMPANY, A CORPORATION, RE-
LATOR, v. JOHN McCUTCHEON, STATE COMPTROLLER,
RESPONDENT.

Argued May 7, 1929—Decided May 22, 1929.

Before Justices Trenchard and Lloyd.

For the relator, *John G. Flanigan* and *Crawford Jamison.*

For the respondent, *William A. Stevens,* attorney-general,
and *Duane E. Minard,* assistant attorney-general.

Per Curiam.

The relator has presented, on notice, a petition and affi-
davits, and asks for a peremptory writ of *mandamus.* In
such case ordinarily a peremptory writ should not be awarded,
but an alternative writ at most. *State* v. *Elkinton,* 30 *N. J.
L.* 337.

At the argument, in an informal way, the respondent
caused to be laid before us by affidavit matters which it was
contended constitute a sufficient reason for his refusal of
the demand made upon him.

Inasmuch as the facts stated in the affidavit thus presented
are not admitted by the relator, we think we are not per-
mitted, in considering the application, to examine the mat-
ters set forth therein, but that an alternative writ should
issue to the end that by formal return or other or further

pleadings an issue may be raised and appropriate action thereon taken by the court; upon which determination the right of review may be preserved.

A rule will be entered for an alternative writ.